Case 1:18-cv-04733-PAE   Document 15   Filed 03/29/19   Page 1 of 1

Case 1:18-cv-04733-PAE   Document 14   Filed 03/28/19   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUC BURBON, on behalf of herself and all others similarly situated,

        Plaintiffs,

-against-

AMAZING LASH STUDIO FRANCHISE, LLC, and AMAZING GROUP CORPORATION

        Defendant.

Case No. 1:18-cv-04733-PAE

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
           March 28, 2019

                                      Respectfully submitted,

                                      By: /s/ *Joseph H. Mizrahi*
                                      Cohen & Mizrahi LLP
                                      *Attorneys for Plaintiff*

3/28/19

SO ORDERED.

                                *Paul A. Engelmayer*
                                PAUL A. ENGELMAYER
                                United States District Judge